IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE MARRERO, | |
| Petitioner, | CIVIL ACTION |
| v. | No. 00 - 2155 |
| MARTIN HORN, Commissioner, Pennsylvania Department of Corrections; GREGORY WHITE, Superintendent of the State Correctional Institution at Pittsburgh, and JOSEPH P. MAZURKIEWICZ, Superintendent of the State Correctional Institution at Rockview, | **Honorable Donetta L. Ambrose Chief USDJ**  **Capital Habeas Corpus** |
| Respondents. | |

**ORDER**

And Now, this ____ day of _____, 2007 upon consideration of *Petitioner's Unoposed Motion to Reactive Habeas Corpus Proceedings for Review of Guilt Phase Claims and Request for Briefing Schedule*, it is hereby **ORDERED:**

The Motion is granted. Petitioner's habeas corpus proceedings are reactivated for the review of his guilt phase claims. Petitioner shall file a brief in support of those claims on or before December 3, 2007 and Respondents shall file a responsive brief on or before January 7, 2008.

_____
Donetta L. Ambrose, Chief USDJ