IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE MARRERO, <br><br> Petitioner, <br><br> v. <br><br> MARTIN HORN, Commissioner, Pennsylvania Department of Corrections; GREGORY WHITE, Superintendent of the State Correctional Institution at Pittsburgh, and JOSEPH P. MAZURKIEWICZ, Superintendent of the State Correctional Institution at Rockview, <br><br> Respondents. | CIVIL ACTION <br><br> No. 00 - 2155 <br><br> **Honorable Donetta L. Ambrose** <br> **Chief USDJ** <br><br> **Capital Habeas Corpus** |

## ORDER

And Now, this 30th day of Oct, 2007 upon consideration of *Petitioner's Unopposed Motion to Reactive Habeas Corpus Proceedings for Review of Guilt Phase Claims and Request for Briefing Schedule*, it is hereby **ORDERED:**

The Motion is granted. Petitioner's habeas corpus proceedings are reactivated for the review of his guilt phase claims. Petitioner shall file a brief in support of those claims on or before December 3, 2007 and Respondents shall file a responsive brief on or before January 7, 2008.

*Donetta L. Ambrose*
Donetta L. Ambrose, Chief USDJ