**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOSE ANTONIO MARRERO,** | ) | |
|       Petitioner, | ) | |
| | ) | |
| v. | ) | **C.A. NO. 00-2155 PITTSBURGH** |
| | ) | **Honorable Donetta L. Ambrose** |
| | ) | **Chief United States District Judge** |
| **MARTIN HORN, et al.** | ) | |
|       Respondent, | ) | |

## ORDER

**AND NOW**, this _____ day of _____, 2008, it is hereby ORDERED that upon consideration of the Commonwealth's Motion for Extension of Time to File Answer to Writ of Habeas Corpus, the Motion is hereby GRANTED and the filing date is continued to _____, 2008.

 

_____
Hon. Donetta L. Ambrose
Chief United States District Judge