IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE ANTONIO MARRERO,<br>Petitioner, | ) ) ) | |
| v. | ) ) ) ) | C.A. NO. 00-2155 PITTSBURGH<br>Honorable Donetta L. Ambrose<br>Chief United States District Judge |
| MARTIN HORN, et al.<br>Respondent, | ) ) | |

## ORDER

AND NOW, this __3d__ day of __Jan.__, 2008, it is hereby ORDERED that upon consideration of the Commonwealth's Motion for Extension of Time to File Answer to Writ of Habeas Corpus, the Motion is hereby GRANTED and the filing date is continued to __Feb. 25__, 2008.

_/s/ Donetta L. Ambrose_
Hon. Donetta L. Ambrose
Chief United States District Judge