# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE ANTONIO MARRERO, : | |
|     Petitioner, : | |
|         v. : | C.A. No. 00-2155 Pittsburgh |
| : | Honorable Donetta L. Ambrose |
| MARTIN HORN, et. al., : | Chief United States District Judge |
|     Respondent : | |
| : | THIS IS A CAPITAL CASE |

## NOTICE OF APPEARANCE

Enter the appearance of the undersigned for the Commonwealth in the above-entitled case.


SEND ALL NOTICES TO


s/Raquel L. Taylor
Raquel L. Taylor, Esquire
Assistant District Attorney

Address:   District Attorney's Office
           140 West Sixth Street
           Erie, Pennsylvania   16501

Phone:     (814) 451-6349
Fax No.:   (814)451-6419
E-Mail     rtaylor@eriecountygov.org

I.D. #:    PA90906


Dated:     February 26, 2008