UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1805
PITTSBURGH, PA 15230
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.                                          IN REPLYING, GIVE NUMBER
CLERK OF COURT                                                OF CASE AND NAMES OF PARTIES
412-208-7500

August 18, 2008

Patrick L. Fetzner
Prothonotary & Clerk of Judicial
   Records
Erie County Courthouse
140 W. 6th Street
Erie, PA  16501


Re: JOSE ANTONIO MARRERO vs. SUPERINTENDENT GREG0RY W. WHITE, et al

Civil Action No. 2:00-cv-2155

Dear Sir:

I am returning herewith the State Court records previously forwarded to this Court for its use in determining the above entitled matter. Consisting of case #645 A B of 1994.

Please receipt for these records on the enclosed copy of this letter.

Very truly yours,

ROBERT V. BARTH, JR.
CLERK OF COURT


By: /s/ Pat Hill
    Pat Hill
    Deputy Clerk

Enclosures