UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1805
PITTSBURGH, PA  15230
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.
CLERK OF COURT
412-208-7500

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

August 18, 2008

Patrick L. Fetzner
Prothonotary & Clerk of Judicial
 Records
Erie County Courthouse
140 W. 6th Street
Erie, PA  16501

Re: JOSE ANTONIO MARRERO vs. SUPERINTENDENT GREG0RY W. WHITE, et al

Civil Action No. 2:00-cv-2155

Dear Sir:

I am returning herewith the State Court records previously forwarded to this Court for its use in determining the above entitled matter. Consisting of case #645 A B of 1994.

Please receipt for these records on the enclosed copy of this letter.

Very truly yours,

ROBERT V. BARTH, JR.
CLERK OF COURT

By: /s/ Pat Hill
    Pat Hill
    Deputy Clerk

Enclosures